Dr. Bibi Teng moved for a summary judgment, arguing that, as a matter of law, no physician-patient relationship arose out of her visit with Stacia Wilson and her daughter, Starsha Wilson, on the morning of May 19, 1994, in the emergency room of Athens-Limestone Hospital. The trial court agreed with Dr. Teng and entered a summary judgment on that ground. *Page 500 
In so doing, the trial court erred. The affidavits and depositions create a question of fact on the specific issue whether Dr. Teng's emergency-room visit with Ms. Wilson and the emergency-room physician, along with her concomitant examination of Starsha's medical charts, created an implied contract to provide professional services to Starsha Wilson.